UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER RICHARD PRETZER,

      Plaintiff,

v.                                    Case No.:  2:19-cv-735-FtM-38NPM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**ORDER**[1]

Before the Court is a *sua sponte* review of the file.  This is a Social Security case.  The parties have not indicated whether they consent to have this case, or any part of it, decided by the assigned United States Magistrate Judge.  See 28 U.S.C. § 636(c).  Of course, either party is free to withhold consent without any adverse consequence.  If the parties intend to consent, however, the Court directs them to file a notice of consent form (available of the Court's website).

Accordingly, it is now **ORDERED:**

If applicable, the parties are directed to file a notice of consent form **on or before September 9, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of September, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Copies: All Parties of Record